USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY CAUSI,

                Plaintiff,

-against-

FANSIDED, INC.,

                Defendant.

1:19-cv-09325 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of a letter from Plaintiff, dated April 21, 2020, informing the Court that the parties have reached a settlement in principle. [ECF #17] Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by May 21, 2020. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: April 21, 2020
New York, NY

                */s/ Mary Kay Vyskocil*
                **MARY KAY VYSKOCIL**
                United States District Judge